Court Of Criminal Appeals Of Texas
Po. Box 12308 Capital Station
Austin Texas 78711

02-02-2015

69,260-02

Trial Court No. 03-09-136 crw-B
WR-69,260-02

Agg-Assault with a Deadly Weapon
(No Affirmitive Finding)

09 yrs

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 05 2015

Abel Acosta, Clerk

Dear Judge

The police report in my case was not introduced to the court At Any time of my court hearings And the police report couldve been contested on grounds Complaintant lied

My Writ Of Habeas Corpus is being filed on the grounds

Ineffective Assistance Of Counsel

Where Counsel did not mention and file proper motions on the Being No Weapon,

And the Police report to contest the lies

Complaintant states she departed from my grandparents residence with the help of my Aunt And did so while I was asleep. when I was asleep Complaintant never used the phone to contact the Wilson County Sheriff's Office of the matters she claimed happend. And when she departed, she did not go to the Wilson County Sheriff's Office either, But states she went to a San Antonio Police Station which was 1 hour 15 min Away. why would she do that And not go to the Wilson County Sheriff's Office which At time of departure was about 25 min Away

Please get the Police report which Also is written with (2) names on it (why would she do that) from August 03, 2003

1).

And the Officer report taken by McDonald Jasper No. 2162
report No. 1028490.1
report No. 1028490.2
case No. c2003-03040

Wilson County Sheriff's Office
800 10th street
Floresville Texas 28114.

Complaintant had no injurys at the time she left from the / My
grandparents residence
No Sheriff was ever called the night she left so there were
no reports taken by a sheriff At this time on a weapon
They would've found me asleep. Her no injurys & no weapon.

She did not go to no SAPD either there's no report on
report and photographs from the SAPD

She also states I chased her into another police station

I never went to jail at none of this and if I'd chased
her into a police station I'd gotten arressted There are
cops at police stations outside inside.

I was never contacted on this either

I had to report to the Wilson County Sheriff's Office
December 01, 2003 and I knew nothing about what they
had arrested me for.

I posted bond and was out in like 2 hours.

she left the residence to go be with another man whom
she was seeing.                    2).

Another thing she had plenty of time to call police from her work At the times she states in the report that I was park out side her work.

The manager is a key witness that I had never been to her work like that except (1) time And they had some cookie thing for the kids At Toys R US

I did not know about the Police report Nor did the lawyers or court bring it up.

please read my 11.07 written statement
I have court doucument showing court did Not have police report

Conviction obtained by A plea - of guilty plea bargin was made without understanding of the change or the consequences of the plea.

I plead (Not Guilty) and held on to my claim of innocense till September 29, 2004.

Prior to this they had offered A 18 yrs plea bargin And the Court was using a Habitual Indictment that disclosed (2) False inhancements

please request Cause No. 05-11-230 crw from the
Wilson County Court House
1420 3rd Street
P.O. Box 812
Floresville Texas 78114

3).

This Court paper disclose both False Inhancements which are by no means a conviction

This Court paper was dismissed.

I did not know that the paragraphs have to be a prior conviction not merly an arrest to be used as as prior inhancement paragraph.

At time of plea agreement Sept 29, 2004 I did change my plea of Not Guilty to Guilty plea bargin do to threat of an excessive amount of time

Trial was the best path for my situation

Can the court please set my case for a trial

my lawyer told me
Sept 29, 2004 IF we
went to trial I'd receive
18 plus years. I wouldn't
have, There was no weapon
Sheriff's never were called
to the residence At anytime
And at Trial it been shown
Complaintant lied. Trial was
the best thing for my case Court
didn't even have the
police report.          4).

Richard Eanlie Jr.
No. 1423012
3201 Fm 929
Rt. 2, Box 4400
Gatesville Texas
                76597

NAME: CANTU,RICHARD JR                    TDC NO: 01423012   UNIT: AH
                                          RACE: H

*PREV PRJ-REL-DATE:    07 07 2015
*PRES PRJ-REL-DATE:    07 07 2015     MAX-EXP-DATE:      07 07 2015
*INMATE STATUS:        L3 W            MAX TERM:             9 00 00


 FLAT TIME CREDITED:      8 02 20     CALC BEGIN DATE:      07 07 06
 GOOD TIME CREDITED:      0 03 15     TDC RECEIVE DATE:     03 29 07
 BONUS TIME CREDITED:     0 00 00     GOOD TIME LOST:          686
 WORK TIME CREDITED:      0 02 20     WORK TIME LOST:           69
*TOTAL TIME CREDITED:     8 08 25


*STATUS EFFECT DATE:    08 30 13   JAIL GOOD TIME RECEIVED: YES
PAROLE DATA: SUBMITTED FOR BOARD REVIEW

*MONTHLY ABSENCE CALCULATION*    31.0 ABSENCES FOR 08/14

ANY ERRORS IN THE NUMBER OF DAYS OF UNEXCUSED ABSENCES MUST BE
REPORTED TO THE ABSENTEE TRACKING COORDINATOR ON YOUR UNIT NO
LATER THAN SIX MONTHS FOLLOWING THE REPORTED MONTH.  FAILURE TO
REPORT ERRORS MEANS AGREEMENT WITH THE REPORTED ABSENCES.

I'm discharging the 09 yrs they gave me after they had
Already got me to plea bangin Sept 29, 2004
But I did not commit the crime Im accussed of.
After contesting thru mail of the Count paper which
showed the false Inhancements  The Court changed
the count paper

please request cause NO 05-11-230 cnw

which is the same as cause NO. 03-09-136 cnw
                                        WAS.

5).

I've been having mail problems with the TDCJ interfering with my mail.

I Tried to file a 2254 Fedual Writ plus a 1983 civil rights law suite.